# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**DAVID LEE PETTYJOHN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **3:07-CR-0001 CMK**

John Kucera
Defendant's Attorney

**THE DEFENDANT:**
[✓] admitted guilt to violation of charge(s) 2 as alleged in the violation petition filed on August 14, 2007.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 07/30/2007 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 07/10/2007.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Charge(s) 1 is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**FILED**
APR 23 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

04/23/2008
Date of Imposition of Sentence

Signature of Judicial Officer

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

04/23/2008
Date

| | |
|---|---|
| CASE NUMBER: 3:07-CR-0001 CMK | Judgment - Page 2 of 2 |
| DEFENDANT: DAVID LEE PETTYJOHN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  five (5) days , forthwith.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                                                 UNITED STATES MARSHAL

                                                     By _____
                                                                   Deputy U.S. Marshal